ACCEPTED
03-13-00576-CV
4215927
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 3:02:25 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00576-CV

In the Court of Appeals
for the Third Judicial District
at Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 3:02:25 PM
JEFFREY D. KYLE
Clerk

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS
AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellants*,

v.

IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY,
*Appellee.*

On Appeal from the
126th Judicial District Court of Travis County, Texas

## UNOPPOSED MOTION TO ABATE APPEAL

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Rule of Appellate Procedure 10.1, Appellants Glenn Hegar, successor to Susan Combs as Comptroller of Public Accounts of the State of Texas and Ken Paxton, successor to Gregg Abbott as Attorney General of Texas move to abate this appeal for thirty days to permit the parties to complete the settlement process and, ultimately, dismiss the lawsuit.

Appellee Imperial Fire and Casualty Insurance Company does not oppose this motion.

## INTRODUCTION

On February 19, 2015, the parties reached an agreement to compromise and settle their differences in the suit *Imperial Fire and Casualty Insurance Company v. Susan Combs, Comptroller of Public Accounts of the State of Texas and Greg Abbott, Attorney General of the State of Texas*, cause number D-1-GN-12-002808.

## ARGUMENT AND AUTHORITIES

The Court has the authority to abate this appeal. TEX. R. APP. P. 42.1(a)(2)(C). A thirty-day abatement would last until March 23, 2015.

Abatement is proper to allow the parties to complete the settlement process, which because it involves a suit against the State requires an additional internal process before the settlement can be effectuated. The parties anticipate that the matter will be settled and a motion to dismiss filed well before the abatement is set to expire.

## PRAYER

Appellants respectfully request that the Court abate this appeal for thirty days, till March 23, 2015.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General


  /s/ Kristofer Monson
KRISTOFER S. MONSON
Assistant Solicitor General
State Bar No. 24037129

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697
*kristopher.monson*@texasattorneygeneral.gov

COUNSEL FOR APPELLANTS

**CERTIFICATE OF CONFERENCE**

I certify that on February 19, 2015, I conferred with opposing counsel regarding this abatement motion and the forthcoming settlement.  Opposing counsel does not oppose this motion.

**CERTIFICATE OF SERVICE**

On February 19, 2015, this Unopposed Motion to Abate Appeal for 30 days was served via File&Serve Xpress on:

Doug Sigel
RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701
Fax: (512) 459-6601
*doug.sigel@ryanlawllp.com*


  /s/ Kristofer S.  Monson
KRISTOFER S. MONSON